IN THE COURT OF CRIMINAL APPEALS OF TENNESSEE

AT KNOXVILLE

MARCH 1996 SESSION

FILED

**July 9, 1996**

**Cecil Crowson, Jr.**
Appellate Court Clerk

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | |
| | ) | |
| Appellee, | ) | No. 03C01-9509-CC-00285 |
| | ) | |
| | ) | Sevier County |
| v. | ) | |
| | ) | Hon. Rex Henry Ogle, Judge |
| | ) | |
| CHRIS RAMEY, | ) | (Pretrial Diversion Denial) |
| | ) | |
| Appellant. | ) | |


**CONCURRING OPINION**


I agree that the trial court's judgment should be affirmed. I join in Judge Tipton's concurring opinion because I believe that this record is adequate for our full appellate review. I am of the opinion that the procedures outlined in State v. Winsett, 882 S.W.2d 806 (Tenn. Crim. App. 1993) have been followed.


_____
PAUL G. SUMMERS, Judge